IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RILEY A. PENDERGRAFT and<br>JOYCE E. PENDERGRAFT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-326 T<br>Judge Thomas C. Wheeler |

<u>NOTICE OF APPEARANCE</u>

To the Clerk:

Please enter the appearance of Carl D. Wasserman, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Carl D. Wasserman, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: July 17, 2008

/s/ Carl D. Wasserman
CARL D. WASSERMAN
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6587
Fax: (202) 514-9440