# In the United States Court of Federal Claims

No. 08-326T

(Filed: August 27, 2008)

****************************************** *
*
RILEY A. PENDERGRAFT and *
JOYCE E. PENDERGRAFT, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on September 10, 2008 at 4:00 PM EDT to establish the schedule for future proceedings in this case. The conference will be on the record.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge