# In the United States Court of Federal Claims

No. 08-326T

(Filed: September 11, 2008)

*************************************** *
*
RILEY A. PENDERGRAFT and *
JOYCE E. PENDERGRAFT, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

SCHEDULING ORDER

On August 21, 2008, counsel for the parties filed a Joint Preliminary Status Report that included a proposed discovery schedule. Based on further discussions with counsel during a September 10, 2008 Preliminary Scheduling Conference, the Court hereby establishes the following schedule:

1. All fact discovery shall be completed by January 9, 2009;

2. Plaintiffs' expert reports are due on or before February 6, 2009;

3. Discovery of Plaintiffs' experts shall be completed by March 6, 2009;

4. Defendant's expert reports are due on or before May 8, 2009;

5. Discovery of Defendant's experts shall be completed by July 10, 2009.

The Court will conduct a telephonic status conference on January 6, 2009 at 4:00 PM EST to discuss the progress of fact discovery, and determine the need for any expert discovery.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge